# Exhibit A

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| Staples Advantage 11241 Parkside Dr. Knoxville Englewood, NJ 07631 | Christmas Tree Shops LLC | 2/8/2023 | $50,404.45 | Vendors |
| Staples Advantage 11241 Parkside Dr. Knoxville Englewood, NJ 07631 | Christmas Tree Shops LLC | 3/8/2023 | $25,684.73 | Vendors |
| Staples Advantage 11241 Parkside Dr. Knoxville Englewood, NJ 07631 | Christmas Tree Shops LLC | 3/22/2023 | $24,421.42 | Vendors |
| Staples Advantage 11241 Parkside Dr. Knoxville Englewood, NJ 07631 | Christmas Tree Shops LLC | 4/19/2023 | $8,634.97 | Vendors |
|  |  |  | **$109,145.57** |  |