# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>      Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>      Plaintiff,<br><br>vs.<br><br>STAPLES BUSINESS ADVANTAGE, DIVISION OF STAPLES, INC.,<br><br>      Defendant. | Adv. Proc. No. 25-50870 (TMH) |

### STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

    Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Christmas Tree Shops, LLC, *et al.*, (the "Plaintiff"), for the estates of the above-captioned debtors (the "Debtors") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"), by and through his undersigned counsel and defendant Staples Business Advantage, Division of Staples, Inc. (the "Defendant," and together with Plaintiff, the "Parties"), enter into this *Stipulation for Extension of Time for Defendant to Answer or Otherwise Respond to the Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

---

[1]  The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4914-3778-3371.1 57097.001

1. The Parties agree and stipulate that the time within which the Defendant may answer or otherwise respond to the *First Amended Complaint* [D.I. 3] in the above-captioned adversary proceeding is hereby extended to and including July 24, 2025.

2. Except as specifically set forth herein, the Parties reserve all of their respective rights in this matter.

| | |
|---|---|
| Dated: June 6, 2025 | Dated: June 6, 2025 |
| PACHULSKI STANG ZIEHL & JONES LLP | STAPLES, INC. |
| */s/ Peter J. Keane* | */s/ Kevin Jones* |
| Bradford J. Sandler (DE Bar No. 4142) | Kevin Jones, Esq. (MA Bar No. 665576) |
| Peter J. Keane (DE Bar No. 5503) | 500 Staples Dr. |
| Edward A. Corma (DE Bar No. 6718) | Framingham MA 01702 |
| 919 North Market Street, 17th Floor | Telephone: 508-253-4573 |
| P.O. Box 8705 | Email: kevin.jones@staples.com |
| Wilmington, DE 19899-8705 (Courier 19801) | |
| Telephone: (302) 652-4100 | *Counsel to Defendant* |
| Facsimile: (302) 652-4400 | |
| Email: bsandler@pszjlaw.com | |
|         pkeane@pszjlaw.com | |
|         ecorma@pszjlaw.com | |
| *Counsel to Plaintiff George L. Miller, Chapter 7 Trustee of Christmas Tree Shops, LLC, et al.* | |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>              Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>              Plaintiff,<br><br>vs.<br><br>STAPLES BUSINESS ADVANTAGE, DIVISION OF STAPLES, INC.,<br><br>              Defendant. | Adv. Proc. No. 25-50870 (TMH) |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 6th day of June, 2025, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

                                            */s/ Peter J. Keane*
                                            Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

CHRISTMAS TREE SHOPS, LLC –
Service List
re STAPLES BUSINESS ADVANTAGE,
A DIVISION OF STAPLES, INC.
Adv. Pro. No. 25-50870 (TMH)
Doc. No. 4914-3778-3371
01 – Email

**Email**
(*Counsel for Staples Business Advantage,
A Division of Staples, Inc.)*
Kevin Jones, Esq. (MA Bar No. 0085201)
500 Staples Dr.
Framingham MA 01702
Telephone: 508-253-4573
Email: kevin.jones@staples.com

*Counsel to Defendant*